IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E&H CONVEYORS, INC., <br> JERRY G. ELLER, and <br> NORMA J. ELLER, <br>     Plaintiffs, <br><br> v. <br><br> NEW HORIZONS EQUITY FUNDING, <br> LLC, doing business as "NEW HORIZONS <br> CUSTODIAL FUNDING LLC," and "NH <br> EQUITY FUNDING LLC," <br> SOLACE PRIVATE EQUITY LLC, and <br> SANTINO VIVIANO, <br>     Defendants. | CIVIL ACTION <br><br><br><br> NO.  19-2990 |

**O R D E R**

**AND NOW**, this 4th day of September, 2020, upon consideration of the Motion of Defendant Santino Viviano to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction (Document No. 39, filed August 4, 2020), Plaintiffs' Response in Opposition to Defendant Viviano's Motion to Dismiss (Document No. 42, filed August 25, 2020), and Defendant Santino Viviano's Reply Brief in Support of Motion to Dismiss Complaint Due to Lack of Personal Jurisdiction (Document No. 47, filed September 3, 2020), for the reasons stated in the accompanying Memorandum dated September 4, 2020, **IT IS ORDERED** that the Motion of Defendant Santino Viviano to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction is **DENIED**.

**IT IS FURTHER ORDERD** that a preliminary pretrial conference will be scheduled in due course.

1

2

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____
    DuBOIS, JAN E., J.

2